**Robert A. CUFFEE, Plaintiff—**
**Appellant,**

v.

**W. JOYNER, Building Unit Sergeant;**
**D. Kinsley, Mrs., Law Library Supervisor; Mrs. Edmonds, Kitchen Supervisor; Mrs. Delbridge, Mail Room Supervisor; Mrs. Prince, Mail Room Supervisor; S. Batts, Associate Warden; S. Zapp, Mrs., Grievance Coordinator; Mrs. Wharton, Court Officer;**

Mr. Harris, Mail Room Postal Assistant Supervisor; Mrs. Turner, Building Unit H–7# Counselor, Defendants—Appellees.

No. 07–6201.

United States Court of Appeals, Fourth Circuit.

Submitted: June 21, 2007.

Decided: June 28, 2007.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Robert G. Doumar, Senior District Judge. (2:06–cv–00570–RGD).

Robert A. Cuffee, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Cuffee appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Cuffee v. Joyner*, No. 2:06–cv–00570–RGD (E.D.Va. Jan. 12, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*